Tanya E. Moore, SBN 206683
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff,
Albert Dytch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | No. 3:18-cv-02121-MEJ |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| SASSAFRAS SEAGRASS LLC dba COPPER SPOON COCKTAILS & KITCHEN; WFGP LLC; | |
| Defendants. | |

```
The parties' stipulation for dismissal with prejudice is
GRANTED.
Dated: August 1, 2018
```

IT IS SO ORDERED
Judge Maria-Elena James

STIPULATION FOR DISMISSAL OF ENTIRE ACTION

Page 1

**IT IS HEREBY STIPULATED** by and between Plaintiff Albert Dytch and Defendants, Sassafras Seagrass LLC dba Copper Spoon Cocktails & Kitchen; and WFGP LLC, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: August 1, 2018						MISSION LAW FIRM, A.P.C.

									*/s/ Tanya E. Moore*
									Tanya E. Moore
									Attorney for Plaintiff,
									Albert Dytch

Dated: August 1, 2018						LELAND, PARACHINI, STEINBERG,
									MATZGER & MELNICK, LLP

									*/s/ Steven H. Bovarnick*
									Steven H. Bovarnick
									Attorneys for Defendants,
									Sassafras Seagrass LLC dba Copper Spoon Cocktails & Kitchen; and WFGP LLC

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

									*/s/ Tanya E. Moore*
									Tanya E. Moore
									Attorney for Plaintiff,
									Albert Dytch